IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DOROTHY A. BELL, )
)
        Plaintiff, )
)
v. ) 1:06CV649
)
BRANCH BANKING AND TRUST )
COMPANY, )
)
        Defendant. )

## ORDER

On July 16, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). Plaintiff subsequently filed timely Objections to the Recommendation. The Court has now reviewed the Objections and the portions of the Recommendation to which objection was made, and has made a de novo determination which is in accord with the United States Magistrate Judge's Recommendation. The Magistrate Judge's Recommendation [Document #26] is therefore affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment [Document #19] is GRANTED, and this case will be dismissed with prejudice.

This, the 28th day of November, 2007.

                                                  United States District Court Judge