IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DOROTHY A. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:06CV649 |
| ) | |
| BRANCH BANKING AND TRUST ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith adopting the United States Magistrate Judge's Recommendation [Document #26] dated July 16, 2007,

IT IS ORDERED AND ADJUDGED that Defendant Branch Banking and Trust Company's Motion for Summary Judgment [Document #19] is GRANTED, and this case is hereby DISMISSED.

This, the 28th day of November, 2007.

_____
United States District Court Judge